### *Haskins* ads. *Griswold.*

BURR, for the defendant, moved for leave to with-
draw his demurrer and plead issuably, on affidavit that
he had merits which he did not know of till after he
had filed his demurrer.

*Riggs* insisted that as the demurrer was frivolous
and only put in to obtain delay, the defendant ought
not now to be permitted to withdraw it.    He then
read a counter affidavit on the point of merits, show-
ing an acknowledgment on the part of the defend-
ant, subsequent to the commencement of the suit,
of the justness of the demand, and a promise to
pay it.

*Per Curiam.*    It appears upon the face of the de-
murrer itself, that it was frivolous and for the purpose
of delay.    If a defendant will put in a frivolous demur-
rer, and then applies to the *grace* of the court, he
shall have none.    He has acted unmeritoriously, and
shall be held to *summum jus*.

The defendant must take nothing by his motion.